1036

THE STATE OF WASHINGTON, *Respondent*, v. LENARD F. LINDSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-01396-2, James D. Cayce, J., entered July 24, 2006. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH SLATE LONGMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11965-5, William L. Downing, J., entered July 10, 2006. *Dismissed* by unpublished per curiam opinion.

*In the Matter of the Custody of* A.S. ET AL.

KELLY L. STEPHENSON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for Skagit County, No. 05-3-00698-2, Michael E. Rickert, J., entered August 9, 2006. *Affirmed* by unpublished per curiam opinion.

MARY K. JOHNSON ET AL., *Appellants*, v. KING COUNTY LIBRARY SYSTEM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-10405-8, John P. Erlick, J., entered September 20, 2006. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.